# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN W. MUNDO,

    Plaintiff,

vs.

TRACY IP,

    Defendant.

Case No. 2:13-cv-00648-JCM-GWF

**ORDER**

    Plaintiff, an inmate at the Clark County Detention Center (CCDC), has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. The court finds that plaintiff must pay an initial partial filing fee of $54.00 toward the full filing fee of three hundred fifty dollars ($350.00). See 28 U.S.C. § 1915(b)(1).

    IT IS THEREFORE ORDERED that plaintiff's application to proceed in forma pauperis (#1) is **GRANTED**; however, plaintiff must pay an initial partial filing fee of $54.00 toward the full filing fee of three hundred fifty dollars ($350.00). Plaintiff shall have thirty (30) days from the date this order is entered in which to have the designated fee sent to the clerk of the court. Failure to do so may result in dismissal of this action. Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

    IT IS FURTHER ORDERED that plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed in forma pauperis shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the clerk of the court shall provide plaintiff with two copies of this order. Plaintiff is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated fee, by sending a copy of the order with the inmate money release form for the amount of the initial partial filing fee to the inmate accounts department for the Clark County Detention Center.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), the Clark County Detention Center shall pay to the clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the prisoner's account (inmate #1999931), in months that the account exceeds $10.00, until the full three hundred fifty dollar ($350.00) filing fee has been paid for this action. If plaintiff should be transferred and become under the care of the Nevada Department of Corrections, the CCDC accounting supervisor is directed to send a copy of this order to the attention of the chief of inmate services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702, indicating the amount that plaintiff has paid toward the filing fee, so that funds may continue to be deducted from plaintiff's account. The clerk shall send a copy of this order to the CCDC accounting supervisor, 330 S. Casino Center Blvd., Las Vegas, NV 89101.

DATED: July 5, 2013.

_____
JAMES C. MAHAN
United States District Judge

-2-