# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN W. MUNDO,

     Plaintiff,

vs.

TRACY IP,

     Defendant.

Case No. 2:13-cv-00648-JAD-GWF

**ORDER**

    The court ordered (#4) plaintiff to pay an initial partial filing fee.  Plaintiff has not paid that fee within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the initial partial filing fee.  The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that any appeal from the dismissal of this action would not be taken in good faith.

    DATED:   August 26, 2013.

_____
JENNIFER A. DORSEY
United States District Judge